UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     CRIMINAL ACTION NO.: 3:23-CR-00087-DJH
***FILED UNDER SEAL***

JOSE MANUEL AVILA-GALAVIZ     DEFENDANT

## STATUS REPORT

The United State submits the following pursuant to the Court's Order requesting a status report in this matter:

The defendant, Jose Manuel Avila-Galaviz has not appeared before the court and is believed to be a fugitive in Mexico.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

_/s/ For:_
Madison T. Sewell
Assistant United States Attorney
241 East Main Street, Suite 305
Bowling Green, Kentucky 42101
PH: (270) 781-4438

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2023, I conventionally filed the foregoing document with the clerk of the court.

_____
Madison T. Sewell
Assistant U.S. Attorney